Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:10-CV-01898-LJO-GSA |
| Plaintiff, | **REQUEST FOR DISMISSAL; ORDER** |
| vs. | |
| PAK CHONG HWAN, et al., | |
| Defendants. | |

No party having appeared in this action, Plaintiff requests that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 9, 2010                                   MOORE LAW FIRM, P.C.



                                                                            /s/Tanya Moore
                                                                            Tanya Moore
                                                                            Attorney for Plaintiff

*Moore v. Hwan*
Request for Dismissal

Page 1

**ORDER**

Plaintiff having so requested, and no defendant having appeared in this action,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. **The Clerk of Court is directed to close this action in its entirety.**

Dated: December 9, 2010          /s/ Lawrence J. O'Neill
                                  United States District Court Judge